LINES *et al. v.* MAYOR AND ALDERMAN OF SAVANNAH *et al.*

ATKINSON, J. The legal principles controlling this case are fully enunciated and discussed in *City Council of Augusta* v. *Clark*, 124 *Ga.* 254 (52 S. E. 881), and under the evidence submitted before the judge, there was no abuse of discretion in refusing to grant a temporary injunction as prayed.

2. On the question of whether a given occupation comes within a particular class of which a municipal occupation tax is required, evidence which tends to show the character of the business is admissible.

*Judgment affirmed. All the Justices concur.*

Argued January 10,—Decided May 22, 1908.

Petition for injunction. Before Judge Cann. Chatham superior court. May 14, 1907.

*Robert L. Colding* and *Alex. A. Lawrence,* for plaintiffs.
*Adams & Adams,* for defendants.